IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MUHAMED BOROVINA,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>*ACTING COMMISSIONER OF*<br>*SOCIAL SECURITY*,<br><br>Defendant. | )<br>)<br>)<br>)  1:14-cv-124-TFM-SPB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

This case is before the Court on the pending Report and Recommendation (ECF No. 14) filed by Magistrate Judge Susan Paradise Baxter on February 24, 2015. In the Report and Recommendation, Judge Baxter recommended that this Court deny Plaintiff Muhamed Borovina's motion for summary judgment (ECF No. 9), grant Defendant Carolyn W. Colvin's motion for summary judgment (ECF No. 12), and affirm the decision of the administrative law judge ("ALJ").

The parties were served with the Report and Recommendation and advised of the time in which to file written objections. Neither party has filed written objections. Accordingly, the motions are ripe for disposition.

After *de novo* review of the pleadings and documents in this case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 8th day of May, 2015:

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Judge Baxter's Report and Recommendation (ECF No. 14) is ADOPTED as the Opinion of this Court and,

therefore, Plaintiff's MOTION FOR SUMMARY JUDGMENT (ECF No. 9) is **DENIED**; Defendant's MOTION FOR SUMMARY JUDGMENT (ECF No. 12) is **GRANTED**; and the decision of the ALJ is **AFFIRMED**. An appropriate Judgment will follow.

BY THE COURT:<br>
s/ Terrence F. McVerry<br>
Senior United States District Judge

cc: R. Christopher Brode
  Email: brodelaw@hotmail.com
  Christian A. Trabold
  Email: christian.a.trabold@usdoj.gov